**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
*West Palm Beach Division*

In re: Case No. 22-12084-EPK
Chapter 11

DAMACA INVESTMENTS LLC

Debtor /

**DECLARATION OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION**

Laudy Luna, Esq. declares as follows:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am an attorney in the law firm of Cuneo, Reyes & Luna, LLC, with offices located at 2655 S. Le Jeune, Rd., Suite 805, Coral Gables, FL 33134.

3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. Except for the continuing representation of the Debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, its affiliated debtors in possession, or its principal.

5. I have received a prepetition retainer of $15,000.00, of this amount $3,735.00 was applied to the time incurred prior to Basa Investments LLC's Bankruptcy filing filed on January 31, 2022, $1,575.00 was applied to time incurred with respect to the pre-bankruptcy work with respect to

Shepherd Realty Investments Inc., and $1,350.00 was applied to time incurred with respect to the prebankruptcy work associated with this Debtor. Of the original retainer $1,738.00 was applied to the filing cost for Basa Investments LLC. Accordingly of the retainer, the amount of $6,602.00 remains. The remaining retainer of $6,602.00 is being held in my firm's trust account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2022.

Laudy Luna, Esq.
Cuneo, Reyes & Luna LLC
Proposed counsel for Debtor
Laudy Luna, FBN 44544
ll@crllawgroup.com

Copies to: All parties served with application for employment.