

**ORDERED in the Southern District of Florida on April 28, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
*West Palm Beach Division*

In re:
BASA INVESTMENTS, LLC,                          Case No. 22-10741-EPK
                                                (Jointly Administered)
SHEPHERD REALTY INVESTMENTS, INC.               Case No. 22-12083-EPK
DAMACA INVESTMENTS, LLC                         Case No. 22-12084-EPK
                                                Chapter 11
         Debtors
_____/

**ORDER APPROVING EMPLOYMENT OF LAUDY LUNA,**
**ESQ., AND CUNEO, REYES & LUNA AS ATTORNEYS**
**FOR THE DEBTOR, DAMACA INVESTMENTS, LLC**
**EFFECTIVE AS OF THE PETITION DATE MARCH 16, 2022**

THIS MATTER having come before the Court on April 20, 2022, at 1:30 P.M. upon

DAMACA INVESTMENTS, LLC, Debtor-in-Possession (the "Debtor") Application for Order

Approving Employment of Laudy Luna, Esq. and Cuneo, Reyes & Luna as attorneys' for the

Case No. 22-10741-EPK<br>
(Jointly Administered)<br>
Case No. 22-12084-EPK<br>
Chapter 11

Debtor, Effective as of the Petition Date March 16, 2022 (the "Application") [ECF 16 in case No. 22-120-84-EPK]. The Court, hearing presentation of counsel, having reviewed the record, and being otherwise fully advised in the premises,

The Application requests entry of an Order approving Damaca Investments LLC's (the "Debtor") employment of Laudy Luna, Esq. and Cuneo, Reyes & Luna to represent it as general counsel in this Chapter 11 case. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Laudy Luna, Esq. and the law firm of Cuneo, Reyes & Luna are disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Accordingly, it is ORDERED and ADJUDGED as follows:

1. The Application [ECF 16 in case No. 22-12084-EPK] is APPROVED on a final basis.

2. The employment of Cuneo, Reyes & Luna as general counsel to the Debtor in this Chapter 11 case is approved pursuant to 11 U.S.C. §327(a), ON A FINAL BASIS.

Case No. 22-10741-EPK<br>
(Jointly Administered)<br>
Case No. 22-12084-EPK<br>
Chapter 11

3. The employment of Cuneo, Reyes & Luna by the Debtor shall be effective as of March 16, 2022.

4. Cuneo, Reyes & Luna shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

**Submitted by:**

Laudy Luna (FBN 044544)
Email: ll@crllawgroup.com
Cuneo, Reyes & Luna LLC
2655 S. Le jeune Rd., Suite 804
Coral Gables, Florida 33134
Tel: (786)332-6787
Fax: (786)204-0687
Counsel for Debtor, Damaca Investments LLC.

*Laudy Luna, Esq. is directed to serve a copy of this Order on all appropriate parties and file a Certificate of Service with the Court.*